UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WOODY TOMPKINS et al., : | |
| : | No. 5:14-cv-3737 |
| Plaintiffs, : | |
| v. : | |
| : | |
| FARMERS INSURANCE EXCHANGE, : | |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 18th day of August, 2015, upon consideration of Plaintiffs' Motion for Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b), ECF No. 28, **IT IS ORDERED THAT** Plaintiffs' Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiffs' Motion is **GRANTED** to the extent that a collective action is conditionally certified, which shall include all persons whom Defendant employed as an APD Claims Representative, APD Claims Adjuster, or APD Claims Appraiser in any state except California during any workweek commencing on or after January 13, 2012.

2. Plaintiffs' Motion for equitable tolling is **DENIED**.

**IT IS FURTHER ORDERED THAT** the parties shall confer in order to reach agreement on a protocol for the production of contact information as well as the form and content of the notice to be sent to the potential members of the collective action. The parties shall file a Joint Motion for Approval of Court–Facilitated Notice no later than September 18, 2015.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge