OFC /rp

98

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WOODROW TOMPKINS et al.,
        Plaintiffs,

v.

FARMERS INSURANCE EXCHANGE,
        Defendant.

Civil Action No. 5:14-cv-03737-JKG

FILED
APR 26 2017
KATE BARKMAN, Clerk
By \_\_\_\_\_ Dep. Clerk

### STIPULATION

**IT IS HEREBY STIPULATED** by and through the undersigned Parties that:

1. On January 17, 2017, this Court entered an Order requiring Simpluris, Inc. ("Simpluris") to mail the Court-approved Settlement Notice by February 13, 2017; requiring the Class members to return any opt-out requests and objection requests by April 14, 2017; and requiring Plaintiffs to file a motion for final settlement approval by May 1, 2017. *See* [Doc. 96].

2. An unexpected break-down in communications between Simpluris and CPT Group, the original notice mailing vendor, delayed Simpluris' receipt of class member names and addresses, opt-in forms and employment date ranges, all of which delayed its completion of individualized damage calculations for the class members' Settlement Notices which, in turn, delayed the Settlement Notice mailing by ten days, from February 13, 2017 to February 23, 2017.

3. Because the Settlement Notice preserved the Court-ordered 60-day period for the return of opt-out requests and objection requests, it extended the return deadline from April 14, 2017 to April 24, 2017.

4. As a result of this delay, the Parties agree that the filing deadline for Plaintiffs' final settlement approval motion should be extended by eight days, from May 1, 2017 to May 9, 2017, two weeks before the final approval hearing on May 23, 2017.

e-mailed

5.  This is the Parties' first request for an extension of time relating to this filing. No other case deadlines are affected by this request.

Respectfully submitted,

Dated: April 25, 2017

*/s/ Jacob Oslick*
Jacob Oslick
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-6480
joslick@seyfarth.com
*Attorneys for Defendant*

Dated: April 25, 2017

*/s/ David J. Cohen*
David J. Cohen
STEPHAN ZOURAS LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
dcohen@stephanzouras.com
*Attorney for Plaintiffs and the Class*

**SO ORDERED:**

DATED: April 25, 2017

JOSEPH F. LEESON, JR.
United States District Judge

- 2 -