UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

WOODROW TOMPKINS; DAVID AMMON; :
GARY BASSLER; ANTHONY DEFRANCESCO; :
SCOTT MUMLEY; CARLOS NAVARRO; :
ADAM WAYCHOFF; JUSTIN ROUNDABUSH; :
MARK MORRILL; KEVIN HAYNES; and :
JEFF ROUNDTREE, individually and for all those :
similarly situated, :
:
          Plaintiffs, :
      v. : No. 5:14-cv-3737
:
FARMERS INSURANCE EXCHANGE, :
:
          Defendant. :

# **O R D E R**

**AND NOW**, this 27th day of September, 2017, upon consideration of Plaintiffs' Unopposed Motion for Final Collective and Class Action Settlement Approval, ECF No. 99, Plaintiffs' Supplemental Brief in Support of Proposed Incentive, Fee, and Cost Payments, ECF No. 100, all supporting documents and exhibits, the representations of counsel for both Parties during the May 23, 2017 final approval hearing, and all related submissions and proceedings, and for the reasons set forth in the accompanying Opinion issued this date, it is hereby **ORDERED** that the Motion, ECF No. 99, is **GRANTED** as follows:

1. This Court hereby approves the terms of the proposed $775,000.00 settlement commemorated in the Parties' Settlement Agreement as fair, reasonable, and adequate.

2. The Settlement Administrator shall promptly perform final calculations for the Class member damage payments based on a Net Settlement Amount of $414,211.72 and make these payments as provided by the Settlement Agreement.

3. This Court hereby approves payment of $48,500.00 in Enhancement Awards to Named Plaintiffs Woodrow Tompkins ($5,000.00), Gary Bassler ($5,000.00), David Ammon ($4,500.00), Anthony DeFrancesco ($4,500.00), Scott Mumley ($4,500.00), Carlos Navarro ($4,500.00), Adam Waychoff ($4,500.00) Justin Roudabush ($4,000.00), Mark Morrill ($4,000.00), Kevin Haynes ($4,000.00) and Jeff Roundtree ($4,000.00) as fair, reasonable and adequate compensation for the services they provided and the risks they

incurred during the course of this litigation. The Settlement Administrator shall make these payments as provided by the Settlement Agreement.

4. This Court hereby approves the requested $271,250.00 attorneys' fee and the proposed $26,038.28 cost reimbursement to Class Counsel described in the Settlement Agreement and Plaintiffs' Supplemental Brief as fair, reasonable, and adequate. The Settlement Administrator shall make these payments as provided by the Settlement Agreement.

5. This Court hereby approves the requested $15,000.00 settlement administration cost described in the Settlement Agreement as fair, appropriate, and necessary for the accurate and efficient administration of this settlement and authorizes the Settlement Administrator to make this payment as provided by the Settlement Agreement.

6. This Court also hereby approves the terms of the release of the Fair Labor Standards Act claims contained in the Settlement Agreement as to the Settlement Class Members who filed consent to join forms in this case.

7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge